1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2932

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10                                  )
11 UNITED STATES OF AMERICA,        )   NO. 2:10-CR-00411 LKK
                                    )
12          Plaintiff,              )   ORDER EXCLUDING TIME UNDER SPEEDY
                                    )   TRIAL ACT, AND SETTING FURTHER
13      v.                          )   STATUS CONFERENCE HEARING DATE
                                    )
14 ALEJANDRO MEDINA-PRADO,          )   Court: Hon. Lawrence K. Karlton
                                    )   Date:  October 19, 2010
15          Defendant.              )   Time:  9:15am
                                    )
16 _____   )

17      On October 19, 2010, the parties appeared before the Court

18 for a status conference.  Assistant United States Attorney Samuel

19 Wong appeared for Assistant United States Attorney Paul Hemesath

20 on behalf of plaintiff United States of America.  Clemente

21 Jimenez, Esq., appeared with his client, defendant Alejandro

22 Medina-Prado.

23      Mr. Jimenez explained to the Court that he needed additional

24 time to review the discovery materials in this case and to meet

25 with his client to discuss the case to formulate the defense.

26 Mr. Jimenez requested that the Court continue the status

27 conference to December 7, 2010.  Assistant United States Attorney

28 Wong advised the Court that the United States had no objection to

                                    1

Mr. Jimenez's request so long as the Court excluded time under the Speedy Trial Act.  Defendant Medina-Prado had no objection to the requests of either counsel.

Good cause appearing from the parties' requests, the Court orders that a status conference shall be conducted on December 7, 2010, at 9:15 a.m.  The Court further orders that time from October 19, 2010, to and including December 7, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel reasonable time to prepare.

The Court finds that the failure to grant the requested continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation of his client's defense taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuances outweigh the interests of the public and defendant in a speedy trial.

It is so ordered.

Dated: October 21, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT