1 BENJAMIN B. WAGNER
United States Attorney
2 PAUL A. HEMESATH
Assistant U.S. Attorney
3 501 I Street, 10th Floor
Sacramento, California  95814
4 Telephone: (916) 554-2932

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,      ) NO.  2:10-CR-0411 LKK
11                             )
                   Plaintiff,  ) ORDER CONTINUING
12                             ) STATUS CONFERENCE
                               )
13              v.             )
                               )
14 ALEJANDRO MEDINA-PRADO,      )
                               )
15              Defendant.     )
_____)
16

17     The parties appeared before the Court on March 8, 2011, in

18 case number 2:10-CR-0411 LKK.  At that time, based upon the

19 representations and agreement of all counsel, the Court ordered

20 that the status conference set for March 8, 2011, at 9:15 a.m.,

21 be continued to March 29, 2011, at 9:15 a.m., and that the time

22 beginning March 8, 2011, and extending through March 29, 2011,

23 was excluded from the calculation of time under the Speedy Trial

24 Act.  18 U.S.C. § 3161.

25     The exclusion of time is appropriate due to the defense

26 counsel's need to prepare.  18 U.S.C. § 3161(h)(7)(B)(ii) and

27 (iv); Local Code T4.  A continuance is necessary in this case in

28 order to ensure defense counsel has a reasonable amount of time

                            1

1   to review the evidence given the limitations imposed by Congress.

2   It is also necessary to ensure defense counsel's effective

3   preparation, taking into account the exercise of due diligence.

4   18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

5        ACCORDINGLY, it is hereby ordered that the status conference

6   set for March 8, 2011, at 9:15 a.m., be continued to March 29,

7   2011, at 9:15 a.m., and that the time beginning March 8, 2011,

8   and extending through March 29, 2011, be excluded from the

9   calculation of time under the Speedy Trial Act.  The Court finds

10  that the interests of justice served by granting this continuance

11  outweigh the best interests of the public and the defendant in a

12  speedy trial.  18 U.S.C. § 3161(h)(7)(A).

13       IT IS SO ORDERED.

14

15

16  Dated: March 15, 2011

17                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
18                          UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

2