CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ALEJANDRO MEDINA-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ALEJANDRO MEDINA-PRADO,<br><br>         Defendant. | Case No.: 10-411 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   March 29, 2010<br>TIME:    9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ALEJANDRO MEDINA-PRADO, that the status conference scheduled for March 29, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on April 12, 2011, at 9:15 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with Mr. Medina-Prado.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      March 25, 2011              /S/      Paul Hemesath_____
                                        PAUL HEMESATH
                                        Attorney for Plaintiff


                                        /S/      Clemente M. Jiménez_____
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for Alejandro Medina-Prado


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for March 29, 2011, at 9:15 a.m., be vacated and the matter continued to April 12, 2011, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: March 29, 2011

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT