```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO.  2:10-CR-0411 LKK |
| ) | |
| Plaintiff,  ) | ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| ) | |
| v.  ) | |
| ) | |
| ALEJANDRO MEDINA-PRADO,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The parties appeared before the Court on April 12, 2011, in case number 2:10-CR-0411 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for April 12, 2011, at 9:15 a.m., be continued to May 10, 2011, at 9:15 a.m., and that the time beginning April 12, 2011, and extending through May 10, 2011, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsel's need to prepare.  18 U.S.C. § 3161(h)(7)(B)(ii) and (iv); Local Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time

1

to review the evidence given the limitations imposed by Congress. It is also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

    ACCORDINGLY, it is hereby ordered that the status conference set for April 12, 2011, at 9:15 a.m., be continued to May 10, 2011, at 9:15 a.m., and that the time beginning April 12, 2011, and extending through May 10, 2011, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated: April 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT