BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:10-CR-0411 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | DATE: July 19, 2011<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |
| ALEJANDRO MEDINA-PRADO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, and counsel for Plaintiff; and Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above status conference be rescheduled from this Court's July 19, 2011, calendar, and that the matter be re-calendared for August 9, 2011, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

1

IT IS FURTHER STIPULATED that time be excluded through August 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.  The Court specifically finds that the ends of justice served by granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Dated: July 15, 2011          /s/ Paul Hemesath
                              Paul Hemesath
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: July 15, 2011          /s/ Clemente Jimenez
                              Clemente Jimenez
                              Counsel for Defendant
                              ALEJANDRO MEDINA-PRADO


**O R D E R**

**IT IS SO ORDERED.**

Dated: July 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT