CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ALEJANDRO MEDINA-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-411 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| ALEJANDRO MEDINA-PRADO, | DATE:   September 7, 2011 |
| Defendant. | TIME:   9:15 a.m. |
| | JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ALEJANDRO MEDINA-PRADO, that the status conference scheduled for September 7, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on October 4, 2011, at 9:15 a.m. for further status conference.

The matter is near resolution.  The defense seeks additional time to gather and provide information to the government to that end.  The parties anticipate that the matter will either resolve on October 4, or be ready to set trial dates.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

10cr0411.stipo.0906.1.doc
09/07/11
- 1 -

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.

DATED:     September 6, 2011          /S/     Paul Hemesath_____
                                       PAUL HEMESATH
                                       Attorney for Plaintiff


                                       /S/     Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for Alejandro Medina-Prado


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 7, 2011, at 9:15 a.m., be vacated and the matter continued to October 4, 2011, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: September 6, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT