CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
ALEJANDRO MEDINA-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO MEDINA-PRADO,<br><br>   Defendant. | Case No.: 10-411 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   November 1, 2011<br>TIME:   9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ALEJANDRO MEDINA-PRADO, that the status conference scheduled for November 1, 2011, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on November 15, 2011, at 9:15 a.m. for further status conference. Through the parties' ongoing efforts to resolve the matter, the government has indicated it will file a superseding information, at which time it is anticipated Mr. Medina-Prado will enter a change of plea. Once filed, defense counsel seeks time to review the document with Mr. Medina-Prado, currently housed in Butte County.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.

DATED:    October 31, 2011              /S/    Paul Hemesath_____
                                        PAUL HEMESATH
                                        Attorney for Plaintiff


                                        /S/    Clemente M. Jiménez_____
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for Alejandro Medina-Prado


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 1, 2011, at 9:15 a.m., be vacated and the matter continued to November 15, 2011, at 9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: November 2, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT