```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0411 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | DATE: November 29, 2011<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |
| ALEJANDRO MEDINA-PRADO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, and counsel for Plaintiff; and Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above status conference be rescheduled from this Court's November 29, 2011, calendar, and that the matter be re-calendared for January 10, 2012, at 9:15 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

1

```
trial.  18 U.S.C. § 3161(h)(7)(A).
     IT IS FURTHER STIPULATED that time be excluded through
January 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),
Local Code T-4.


Dated: November 28, 2011        /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated: November 28, 2011        /s/ Clemente Jimenez
                                Clemente Jimenez
                                Counsel for Defendant
                                ALEJANDRO MEDINA-PRADO
```

### O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the status conference currently set for Tuesday, November 29, 2011, be continued to **Tuesday, January 10, 2012, at 9:15 a.m.** It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, January 10, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

```
Dated: November 29, 2011

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```