1 BENJAMIN B. WAGNER
  United States Attorney
2 PAUL A. HEMESATH
  Assistant U.S. Attorney
3 501 I Street, 10th Floor
  Sacramento, California  95814
4 Telephone: (916) 554-2932

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      ) NO.  2:10-CR-0411 LKK
11                                )
                    Plaintiff,    )  ORDER
12                                ) CONTINUING STATUS CONFERENCE
                                  )
13                 v.             )DATE: January 10, 2012
                                  )TIME: 9:15 a.m.
14                                )COURT: Hon. Lawrence K. Karlton
   ALEJANDRO MEDINA-PRADO,        )
15                                )
                    Defendant.    )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United

19 States Attorney Paul Hemesath, and counsel for Plaintiff; and

20 Clemente Jimenez for ALEJANDRO MEDINA-PRADO, that the above

21 status conference be rescheduled from this Court's January 10,

22 2012, calendar, and that the matter be re-calendared for January

23 24, 2012, at 9:15 a.m.  This request is made jointly by the

24 government and defense in order to permit time for continued

25 preparation, including investigation which is currently in

26 progress, and plea negotiations.

27     Specifically, the parties have agreed, in principle, to

28 proceed by way of superseding indictment, to be followed by an

                                  1

1  immediate change of plea.  The parties require the additional two
2  weeks requested to complete the proposed court filings, and to
3  complete final investigations.

4      The parties agree that the interests of justice served by
5  granting this continuance outweigh the best interests of the
6  public and the defendant in a speedy trial.  18 U.S.C. §
7  3161(h)(7)(A).

8      IT IS FURTHER STIPULATED that time be excluded through
9  January 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),
10 Local Code T-4.

11
12 Dated: January 6, 2012          /s/ Paul Hemesath
                                   Paul Hemesath
13                                 Assistant United States Attorney
                                   Counsel for Plaintiff
14
15 Dated: January 6, 2012          /s/ Clemente Jimenez
                                   Clemente Jimenez
16                                 Counsel for Defendant
                                   ALEJANDRO MEDINA-PRADO
17
18
19                          O R D E R
20

21      Based on the reasons set forth in the stipulation of the parties, and good cause appearing
22 therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY
23 ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be
24 vacated and that the case be set for **Tuesday, January 24, 2012, at 9:15 a.m.**  The Court finds
25 that the ends of justice served by granting such a continuance outweigh the best interests of the
26 public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the
27 reasons stated in the parties' stipulation, the time within which the trial of this matter must be
28 commenced under the Speedy Trial Act is excluded during the time period from the date of this

stipulation, January 6, 2012, through and including January 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3