HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALEJANDRO MEDINA-PRADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MEDINA-PRADO,<br><br>Defendant. | No. Cr. S 10-411 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, ALEJANDRO MEDINA-PRADO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 17, 2012, this Court sentenced Mr. Medina-Prado to a term of 30 months on Count 1 (a violation of 21 U.S.C. § 841(a)(1)), and 60 months on Count 2 (a violation of 18 U.S.C. § 924(c)), to be served consecutively, for a total term of 90 months;

Stipulation and Order Re: Sentence Reduction            1

3. His total offense level was 25, his criminal history category was I, and the resulting guideline range for Count 1 was 51 to 71 months. He received a reduction from the low-end of the range on the government's motion, for a term of 30 months on Count 1;

4. The sentencing range applicable to Mr. Medina-Prado was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Medina-Prado's total offense level has been reduced from 25 to 23, and his amended guideline range for Count 1 is 46 to 57 months. A reduction comparable to the one he received at the initial sentencing would produce a term of 27 months for Count 1;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Medina-Prado's term of imprisonment to a term of 27 months on Count 1 and 60 months on Count 2, for a total term of 87 months.

Respectfully submitted,

| | |
|---|---|
| Dated: June 9, 2015 | Dated: June 9, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ALEJANDRO MEDINA-PRADO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Medina-Prado is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months.

1     IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2012 is reduced to a term of 27 months on Count 1 and 60 months on Count 2, for a total term of 87 months.

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Medina-Prado shall report to the United States Probation Office within seventy-two hours after his release.

Dated: June 15, 2015.

_____
UNITED STATES DISTRICT JUDGE